In the Matter of the Estate of JANE D. WARD, Deceased.
MALCOLM D'AMBROGIO, Appellant; FIFTH AVENUE BANK
OF NEW YORK et al., as Executors of JANE D. WARD,
Deceased, Respondents.

Argued March 1, 1937; decided March 16, 1937.

*Edward H. Beck* and *Abraham G. Males* for appellant.
*Edward T. Corcoran* for respondents.

Order affirmed, with costs, unless within twenty days
the appellant purges himself of the contempt or submits
himself to the jurisdiction of the court, in which event
the order is reversed, without costs. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS,
LOUGHRAN, FINCH and RIPPEY, JJ.